# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Teresa Tamelleo  
Plaintiff,  

v.                                                                   Case No.: 1:23−cv−00424−MSM−LDA

US Bank National Association as Trustee, et al.  
Defendant.

## **NOTICE OF RULE 16(b) SCHEDULING CONFERENCE**

     A Rule 16(b) pretrial scheduling conference regarding the above case will be held before District Judge Mary S. McElroy in Remote Hearing on May 30, 2024 at 11:45 AM.

     In order to facilitate an informed discussion of the merits of the case and the prospect for settlement, lead counsel are required to confer prior to that time for the following purposes (pursuant to counsel's obligations under Fed. R. Civ. P. 26(f):

1. Exchanging relevant information and documents;

2. Identifying the facts that are in dispute;

3. Identifying the legal issues;

4. Identifying as precisely as possible the nature of the discovery contemplated by each party;

5. Exploring the possibility of settlement before substantial expenditures of time and money are made;

6. Possible referral to Alternative Dispute Resolution (ADR) in the form of a mandatory Settlement Conference before a Magistrate Judge or a conference with the ADR Administrator.

     In addition, at least seven (7) days prior to the conference, counsel for each party asserting a claim (including a counterclaim and/or cross−claim) shall file a written statement no longer than three (3) pages in length which summarizes the facts of the case and identifies any legal issues which may arise.

     Trial counsel, including counsel admitted *pro hac vice*, must attend the conference, unless previously excused by the presiding judge, and should be prepared to discuss each of the aforementioned subjects.

     Counsel are instructed to notify the case manager for the undersigned judge if counsel for any party has been omitted from the list of counsel receiving this notice.

May 6, 2024                                     By the Court:

                                                             /s/ Mary S. McElroy
                                                             United States District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Carrie Potter 401–752–7204