**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Teresa Tamelleo
Plaintiff,
v.                                                            Case No.: 1:23−cv−00424−MSM−LDA

US Bank National Association as Trustee, et al.
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Pleadings shall be amended by August 27, 2024

2. All parties shall be joined by August 27, 2024

3. All factual discovery shall be completed by December 30, 2024

4. No deadline set for plaintiff making expert witness disclosures

5. No deadline set for defendant making expert witness disclosures

6. No deadline set for expert discovery completion

7. Dispositive motions shall be filed by January 31, 2025

The parties shall add any known additional defendants or third−party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

June 27, 2024                                        By the Court:

                                                     /s/ Mary S. McElroy
                                                     United States District Judge

U.S. District Court

for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Carrie Potter 401–752–7204